# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

**CLEO CARTER and,**
**NIKI CARTER, Individually and**
**as best friend of their minor child**
**B.M.C.,**

    **Plaintiffs,**

    v.                                        Docket No. 2:14-cv-02241-STA-dkv

**SHELBY COUNTY SCHOOL SYSTEM,**
**KASANDRA BERRY,**
**And CLANCY PATTERSON**

    **Defendants.**

## AGREED ORDER OF CONFIDENTIALITY

On October 14, 2015, this Court entered a "Sealed Order Approving Compromise Settlement of Claim of Minor". The Parties have agreed that, in order to facilitate the settlement of the claim of the minor B.M.C., this Court should enter an Agreed Order of Confidentiality. All parties have agreed that Cleo Carter and Niki Carter and their attorneys and representatives shall not reveal to anyone, other than as may be mutually agreed to in writing, for tax purposes, for trust purposes, or as required by law or contract, any of the terms of the settlement of this case or any of the amounts, numbers or terms and conditions of any sums payable to or for the benefit of B.M.C. If asked about the settlement or this case, Cleo Carter and Niki Carter and their attorneys and representatives are only permitted to inform third-parties that the case was settled for a confidential amount.

IT IS SO ORDERED, this 30th day of December, 2015.

                                        **s/ J. DANIEL BREEN**
                                        CHIEF UNITED STATES DISTRICT JUDGE